HARRY A. FURMAN and ROSCOE IRWIN, as Receivers of GENERAL LAUNDRY MACHINERY CORPORATION, Appellants, v. AMERICAN LAUNDRY MACHINERY COMPANY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. McNamee, J., not sitting. [142 Misc. 644.]

ANNA M. KARUZAS, Appellant, v. ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent — Order unanimously affirmed, with ten dollars costs and disbursements. MCNAMEE, J. (concurring). I concur on the ground that whether or not the sections of the policy to which objections are made are " printed with the same prominence as the benefits to which they apply," in this case is a question of fact.

O. G. ORR & COMPANY, INC., Appellant, v. FIREMAN'S FUND INSURANCE COMPANY, Respondent.— Order modified by striking therefrom provisions directing a reference and appointing a referee, and as so modified the order is affirmed, without costs. Van Kirk, P. J., Hinman, Hill and McNamee, JJ., concur; Rhodes, J., concurs in the modification as to directing a reference and appointing a referee, but dissents from the affirmance of that part of the order granting permission to serve an amended answer.

BERTHA MARION TERRY, an Infant, by NELSON J. TERRY, Her Guardian ad Litem, Respondent, v. LEO WEISS, Appellant. NELSON J. TERRY, Respondent, v. LEO WEISS, Appellant.— Judgments and orders unanimously affirmed, with costs in one action.

LOUIS ROSENSTOCK, Respondent, v. OSCAR DOUGHTY, Appellant.— Judgment and order unanimously affirmed, with costs. McNamee, J., not sitting.

In the Matter of the Application of THE SYMES FOUNDATION, INC., Appellant, for a Peremptory Mandamus Order against FREDERICK STUART GREENE, Superintendent of the Department of Public Works, State of New York, Respondent.— Order unanimously affirmed, with costs. McNamee, J., not sitting.

MARY E. EFNOR, Respondent, v. JAMES W. CROSS and Another, Appellants, and Another.— Judgment and order unanimously affirmed, with costs.

SAM JARVIS and Another, Appellants, v. SAM W. EAGER, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

LEWIS BALL, Appellant, v. DAVID N. WILBER, Respondent.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur.

MADELINE LA POINT, Respondent, v. ALEXANDER WEIL and Another, Defendants, Impleaded with LEON LAREAU, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

HELEN SHAPIRO, as Administratrix, etc., of RICHARD SHAPIRO, Deceased, Respondent, v. ALLAN COOPER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

FRANK M. SHUTTS, as Administrator, etc., of WASHBURN SHUTTS, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Claim of JOHN G. DEGENFELDER, Appellant, v. H. G. VOGEL COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted. without costs.